1034

THE STATE OF WASHINGTON, *Respondent,* v.
PAMELA E. FOX, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 85-1-00143-4, Harry A. Follman, J., entered
December 6, 1985. *Dismissed* by unpublished per curiam
opinion.

LOREN O. JACKSON, ET AL, *Appellants,* v. EDWARD
FREEBY, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark
County, No. 84-2-02327-2, Robert L. Harris, J., entered
July 19, 1985. *Affirmed* by unpublished opinion per Utter,
J. Pro Tem., concurred in by Verharen and Yencopal, JJ.
Pro Tem.

GERARD DUIKER, *Appellant,* v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 83-2-00138-0, Daniel J. Berschauer, J.,
entered March 6, 1985. *Affirmed* by unpublished opinion
per Hamilton, J. Pro Tem., concurred in by Pearson and
Velie, JJ. Pro Tem.

THE CITY OF BREMERTON, *Appellant,* v. LARRY
J. HARDEBECK, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 83-1-00289-1, Leonard W. Kruse, J., entered
July 6, 1984. *Affirmed* by unpublished opinion per Cox, J.
Pro Tem., concurred in by Meiner and Utter, JJ. Pro Tem.